RECEIVED
IN LAKE CHARLES, LA

JAN - 3 2006

ROBERT H. SHE......., CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERTO FRANCISCO CABRERA | : | DOCKET NO. 2:05-cv-1836 |
| VS. | : | JUDGE TRIMBLE |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be DENIED AND DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3 day of

_____, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE